U.S.

v.

Devin J. VANHISE

No. 17-0356/AF

U.S. Court of Appeals for
the Armed Forces.

August 7, 2017

CCA 38882

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to supplement the record is denied.

U.S.

v.

Damon ALLENDER

No. 17-0542/AR

U.S. Court of Appeals for
the Armed Forces.

August 7, 2017

CCA 20160291

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 22, 2017.

U.S.

v.

Rigo J. BETANCOURT

No. 17-0540/MC

U.S. Court of Appeals for
the Armed Forces.

August 7, 2017

CCA 201500400

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 24, 2017.

U.S.

v.

Randal C. RUCKER

No. 17-0390/AR

U.S. Court of Appeals for
the Armed Forces.

August 7, 2017

CCA 20140845

DAILY JOURNAL

Petitions for Reconsideration Denied

Appellant's petition for reconsideration of the Court's order issued July 7, 2017 is denied.

